*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

SHELBY SMITH

vs.                                                  NO. 3:05CV00007 SWW

TOUCAN INDUSTRIES, INC., ET AL

## ORDER

The above matter is before the Court on a complaint filed January 19, 2005.  Subsequently, plaintiff filed a motion for default as to separate defendant Toucan Industries, Inc., which was granted, and a default judgment was entered on May 2, 2005, against such defendant.  To date, no further pleadings have been filed, and separate defendant Phil Luis still remains as a defendant in this action.

IT IS THEREFORE ORDERED that plaintiff shall advise the Court no later than 10 days from the entry of this order as to whether he intends to pursue this action against separate defendant Phil Luis in this matter. Failure to comply with this order may result in the Court entering an order dismissing this action for failure to prosecute.

DATED this 18th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE