# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SHELBY SMITH

V.                                  NO. 3:05CV00007 SWW

TOUCAN INDUSTRIES, INC., ET AL

### ORDER

An order was entered on May 18, 2006, directing plaintiff to notify the Court within ten days of the entry of such order as to whether he intends to pursue this action against separate defendant Phil Luis. Plaintiff has failed to respond to the Court's order.

IT IS THEREFORE ORDERED that this cause hereby is DISMISSED WITHOUT PREJUDICE as to separate defendant Phil Luis for plaintiff's failure to comply with the Court's order and to diligently prosecute this action against separate defendant Phil Luis.

Dated this 27th day of June, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE